Argued and submitted January 9, petition for judicial review dismissed
February 12, 1997

In the Matter of the Compensation of
Barbara J. Lloyd, Claimant.

Barbara J. LLOYD,
*Petitioner,*

*v.*

K-MART CORPORATION,
*Respondent.*

(WCB 93-0299M; CA A92149)

933 P2d 379

Kevin Keaney argued the cause for petitioner. With him on the brief was Pozzi Wilson Atchison.

Karen O'Kasey argued the cause for respondent. With her on the brief was Schwabe, Williamson & Wyatt.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Reversed and remanded. *Deluxe Cabinet Works v. Messmer,* 140 Or App 548, 915 P2d 1053, *rev den* 324 Or 305 (1996).